IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES
SOUTHERN DISTRICT OF TEXAS
FILED
DEC 10 2004

M. Milby, Clerk of Court

| | |
|---|---|
| ROBERT D. STRAUS, JR., | |
| PLAINTIFF, | |
| vs. | Civil Action Number H-04-4625 |
| DVC WORLDWIDE, INC., D/B/A DVC; SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, | |
| DEFENDANT. | |

## ORIGINAL COMPLAINT

Robert D. Straus Jr. files this original complaint, complaining of DVC Worldwide, Inc. d/b/a DVC and SmithKline Beecham Corporation d/b/a GlaxoSmithKline as follows:

### JURISDICTION AND VENUE

1. The court has jurisdiction over these claims under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a). The court also has jurisdiction over these claims under 28 U.S.C. § 1332 because the plaintiff and defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Venue is proper in this district under 28 U.S.C. §1391 because a substantial part of the events giving rise to the claims occurred in Harris County, Texas.

### PARTIES AND SERVICE

2. Robert Straus is a citizen of Texas who lives in Harris County, Texas.

3. DVC Worldwide, Inc. d/b/a DVC ("DVC") is a New Jersey corporation with its principal place of business at 44 Whippany Road, Morristown, New Jersey, 07960. DVC may be served by citation on its registered agent for service, Corporation Trust

Company, at 820 Bear Tavern Road, West Trenton, New Jersey, 08628.

4. SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") is a Pennsylvania corporation with its principal place of business at One Franklin Plaza, Philadelphia, Pennsylvania, 19102. GSK may be served by citation on its registered agent for service, Corporation Service Company, at 701 Brazos Street, Suite 1050, Austin Texas, 78701.

## FACTUAL BACKGROUND

5. Robert Straus is a professional photographer. In 1989 Mr. Straus created a series of photographs of Arnold Palmer, a professional golfer. These photographs are wholly original with Mr. Straus. One of these photographs was ultimately licensed by DVC for use in certain advertising materials by GSK.

6. On or about January 2, 1997, Mr. Straus registered the photograph as an unpublished work with the Register of Copyrights. The Certificate of Registration is VAu 326-890.

7. On or about June 30, 1999, Mr. Straus again registered this photograph as a published work as it appeared in a book entitled "Arnold Palmer: A Personal Journey" with the Register of Copyrights. The Certificate of Registration number is VA 995-856.

8. The photograph has been licensed for use in many ways, including the cover of the book entitled, "A Golfer's Life." Other licensed uses include magazine covers, posters, advertisements, and as the basis for renderings by artists.

9. In September of 2001, Mr. Straus was approached by advertising agencies, including DVC, on behalf of GSK about licensing one of Mr. Straus's

copyrighted photographs for use as part of an advertising campaign. GSK sought to use the photograph to promote its products, Nicorette smoking cessation gum and NicoDerm CQ patch.

10. Mr. Straus licensed certain uses of the photograph by GSK. The licensed uses were limited to 20,000 displays, 25,000 shelftalks, and 25,000 shelftakes in the United States.[1] All other rights were reserved. The license period for the displays was January, 2002. The initial license period for the shelftalks and shelftakes was November and December, 2001. Mr. Straus granted a subsequent license that extended the license period for 25,000 shelftalks and 25,000 shelftakes to January and February, 2002. The parties discussed further extensions of the license period and licensed uses, however, no other licenses were granted.

11. The Defendants displayed and distributed the copyrighted photograph after the license ended. The Defendants also reproduced, displayed, and distributed the copyrighted photograph in additional, unlicensed, advertising materials, such as "Quitting Together Kits." In addition, the Defendants displayed the copyrighted photograph in unlicensed television advertisements and unlicensed internet advertisements. The Defendants continue to display the copyrighted photograph.

12. Ultimately, the Defendants produced a photograph that they began using in their advertising materials. That photograph is substantially similar to the copyrighted photograph and constitutes a reproduction or a derivative work.

---

[1] The terms "displays," "shelftalks," and "shelftakes" are terms of art for certain types of advertising materials used in stores.

### CLAIM FOR COPYRIGHT INFRINGMENT

13. The Defendants willfully infringed Mr. Straus's copyright by using his copyrighted photograph and infringing reproductions and derivative works in advertising. Defendants' have violated one or more of Mr. Straus's exclusive rights to his photograph as provided by 17 U.S.C. § 106, including, but not limited to, reproducing his photograph, preparing derivative works of his photograph, distributing copies of his photograph, and publicly displaying his photograph, and thus infringe Mr. Straus's copyright.

14. By reason of the Defendants' infringement, Mr. Straus has sustained and will continue to sustain substantial injury, loss and damage. Mr. Straus is entitled to recover his actual damages sustained as a result of the Defendants' acts of copyright infringement under 17 U.S.C. § 504(b). Mr. Straus is further entitled to recover from the Defendants any and all of their profits as allowed under 17 U.S.C. § 504(b), including, but not limited to, GSK's profits related to the sales of the promoted products and DVC's profits related to their services for GSK and others. Alternatively, Mr. Straus is entitled, at his option, to recover statutory damages under 17 U.S.C. § 504(c).

### CLAIM FOR ATTORNEY FEES

15. As a result of the Defendants' conduct, Mr. Straus has been required to retain counsel to bring this action. Mr. Straus is entitled to recover his attorneys' fees and costs under 17 U.S.C. § 505.

### JURY DEMAND

16. The Plaintiff demands a trial by jury.

**PRAYER**

The plaintiff requests judgment against the Defendants for the following:

- a. Plaintiff's actual damages;

- b. The Defendants' profits derived from the copyright infringement;

- c. In the alternative, statutory damages;

- d. A preliminary and a permanent injunction restraining the Defendants from preparing derivative works and from reproducing and distributing copies and displaying infringing materials;

- e. An order impounding any infringing materials and anything used to produce infringing materials and, upon final judgment, an order requiring the destruction or other reasonable disposition of the infringing materials;

- f. Pre-judgment and post-judgment interest as provided by law;

- g. Reasonable attorneys' fees;

- h. Costs of suit;

- i. Such other and further relief to which the plaintiff may justly be entitled.

Respectfully submitted,

McCLANAHAN & CLEARMAN, L.L.P.

Randy J. McClanahan
State Bar No. 13391500
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone:   (713) 223-2005
Facsimile:   (713) 223-3664

By: *[signature]* Randy J. McClanahan by permission RHE II

Randy J. McClanahan
Counsel for the plaintiff

OF COUNSEL:

Robert H. Espey II
State Bar No. 24007163
McClanahan & Clearman, LLP
4100 Bank of America Center
700 Louisiana
Houston, Texas 77002
Telephone:   (713) 223-2005
Facsimile:   (713) 223-3664

J.M. (Mark) Gilbreth
State Bar No. 07904793
Frost Bank Building, Suite 920
6750 West Loop South
Bellaire, Texas 77401
Telephone:   (713) 667-1200
Facsimile:   (713) 667-4424

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Robert D. Straus, Jr.

**DEFENDANTS**  H-04-4625
DVC Worldwide, Inc.
SmithKline Beecham Corporation

(b) County of Residence of First Listed Plaintiff: Harris County, TX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Morris County, NJ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
DEC 10 2004
Michael N. Milby, Clerk of Court

(c) Attorney's (Firm Name, Address, and Telephone Number)
Randy McClanahan, McClanahan & Clearman LLP
700 Louisiana, Suite 4100
Houston, TX 77002     713/223-2005

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 362 Personal Injury— Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 365 Personal Injury — Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 442 Employment | Habeas Corpus: | | | |
| ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Sec. 501, copyright infringement

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE 12/10/04    SIGNATURE OF ATTORNEY OF RECORD: Randy J McClanahan by permission RHE II

FOR OFFICE USE ONLY