# United States District Court
# Southern District of Texas

Case Number: *O4-CV-4625*

# ATTACHMENT

Description:

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit to: *A — K* _____

number(s) / letter(s) _____

Other: _____

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
WITH RESPECT TO STRAUS' CLAIM THAT AN IMAGE OF ARNOLD PALMER
TAKEN BY A PHOTOGRAPHER NAMED MARC HAUSER, WITH CERTAIN
MODIFICATIONS MADE THERETO YEARS LATER BY GSK, IS A
DERIVATIVE WORK OF STRAUS' PHOTOGRAPH**





Exhibit A to the Motion
Exhibit 2 to Valerie White's Declaration
Exhibit 1 to Steve Kapur's Declaration
Exhibit 2 to Jeff Sedlik's Declaration
Exhibit 2 to Jim Pickerell's Declaration

This is Robert Straus' 1989 image of Arnold Palmer

B



Exhibit B to the Motion
Exhibit 1 to Valerie White's Declaration
Exhibit 3 to Steve Kapur's Declaration
Exhibit 3 to Jeff Sedlik's Declaration
Exhibit 3 to Jim Pickerell's Declaration

This is Marc Hauser's 1995 image of Arnold Palmer





PALMER PORTRAIT COMPARISON



EXHIBIT C





Exhibit D to the Motion
Exhibit 3 to Valerie White's Declaration
Exhibit 4 to Steve Kapur's Declaration
Exhibit 4 to Jeff Sedlik's Declaration
Exhibit 4 to Jim Pickerell's Declaration

This is the modified form of Marc Hauser's 1995 image of Arnold Palmer





Exhibit E to the Motion
Exhibit 5 to Valerie White's Declaration
Exhibit 5 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Gary Kufner





Exhibit F to the Motion
Exhibit 6 to Valerie White's Declaration
Exhibit 6 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Gary Kufner





Exhibit G to the Motion
Exhibit 7 to Valerie White's Declaration
Exhibit 7 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Allen Hunter Shoemake





Exhibit H to the Motion
Exhibit 8 to Valerie White's Declaration
Exhibit 8 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Allan Shoemake



Exhibit I to the Motion
Exhibit 9 to Valerie White's Declaration
Exhibit 9 to Steve Kapur's Declaration

Photograph of Arnold Palmer by Allan Shoemake



Exhibit J to the Motion
Exhibit 10 to Valerie White's Declaration
Exhibit 10 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Allan Shoemake





Exhibit K to the Motion
Exhibit 11 to Valerie White's Declaration
Exhibit 11 to Steve Kapur's Declaration

Photograph of Arnold Palmer taken by Allan Shoemake